AO 91 (Rev. 11/11) Criminal Complaint             TA

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>DWAYNE K. FUNDERBURKE<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:25-mj-534<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 22, 2025** in the county of **Franklin County** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Damaging Federal Property (Exceeding $1,000) |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Andrew J. Gafford, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/24/2025

_____
*Judge's signature*

City and state: Columbus, Ohio     Chelsey M. Vascura, US Magistrate Judge
*Printed name and title*