DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

-------------------------

WHEREAS, in my judgment, the public interest so requires; Now, therefore, in accordance with the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable

David L. Bunning

Chief United States District Judge for the Eastern District of Kentucky, to hold a district court in the Southern District of Ohio to hear the case of *United States of America v. Dwayne K. Funderburke*, Case No. 2:25-mj-534, and for such additional time in advance thereof to prepare for the trial of case, or thereafter as may be required to complete unfinished business.

_____
Jeffrey S. Sutton, Chief Judge
United States Court of Appeals
    for the Sixth Circuit

Dated:   October 29, 2025

Designation 25-25