UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:25-mj-534 |
| vs. | : | Chief Judge Bunning |
| DWAYNE FUNDERBURKE, | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO MODIFY BOND CONDITION**

Now comes Defendant Dwayne Funderburke, by and through counsel, and respectfully requests that the Court modify the conditions of his release to (1) permit him to partake in Cedar Ridge's 25-hour community pass on Saturdays and Sundays during the last three weeks of the program; (2) grant him leave to attend the birth of his child; and (3) impose GPS monitoring to take effect prior to his leaving Cedar Ridge to ensure that his pretrial officer is able to monitor his whereabouts.

As background, Mr. Funderburke currently resides at Cedar Ridge, a residential treatment program, which provides him with both drug addiction counseling and mental health treatment. The parties have received weekly reports from Cedar Ridge, and all reports have been positive; Mr. Funderburke is meaningfully engaged in counseling and mental health services, is medication-compliant, stable, and expected to graduate on February 3, 2026. Based on his progress and engagement, Mr. Funderburke is eligible to participate in the program's community pass program, which provides for 25-hour passes over the weekends during the last three weeks of the residential program.  These passes are an essential part of the recovery and treatment process because they

help staff gauge what a patient's treatment needs (and stressors) will be when they transition back home. If permitted to receive weekend passes, Mr. Funderburke would spend the weekend at home with his fiancée and children in Chillicothe. Since he and his fiancée are expecting a child imminently, Mr. Funderburke is also seeking leave from the Court to be with his fiancée when she goes into labor and delivers their child.

In addition to the modifications related to the weekend passes and leave to attend the birth of Mr. Funderburke's child, the parties respectfully request that the Court order that Mr. Funderburke be placed on electronic monitoring (GPS) prior to his release from Cedar Ridge on a community pass or for the birth of his child.

Undersigned requests these modifications after consultation with Pretrial Officer Dennis McCafferty, who is supervising Mr. Funderburke, as well as with counsel for the United States and the case manager at Cedar Ridge. All parties are in agreement with the requested modifications.

Wherefore, Mr. Funderburke respectfully requests that the Court modify the conditions of his release as described above.

    Respectfully Submitted,

    Joseph Medici
    Federal Public Defender

    *s/ Karen Savir*
    Karen Savir (KY92002)
    Assistant Federal Public Defender
    Chiquita Center
    250 E. 5th Street, Suite 350
    Cincinnati, Ohio 45202
    (513) 929-4834
    Attorney for Defendant
    Dwayne Funderburke

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the Defendant's Unopposed Motion to Modify was served electronically upon all parties of record on this 6th day of January 2026.

                                        */s Karen Savir*
                                        Karen Savir (KY92002)
                                        Assistant Federal Public Defender